## TRIMBLE v. DANAHAR.

### (Supreme Court, Appellate Term. February 7, 1908.)

LANDLORD AND TENANT—DEPOSIT TO SECURE RENT—RIGHT OF LESSEE TO DEPOSIT.

Where a lessee deposits $116.67 as security for the rent for the last month of the term, to be forfeited upon failure to comply with any of the covenants of the lease, and he is subsequently dispossessed, and the lessor leases the premises for the balance of the term at a loss to him of $16.66, the lessee is entitled to the balance of his deposit.

[Ed. Note.—For cases in point, see Cent. Dig. vol. 32, Landlord and Tenant, § 747.]

Appeal from Municipal Court, Borough of Manhattan, Eighth District.

Action by Joseph Trimble against John A. Danahar. Judgment for defendant, and plaintiff appeals. Reversed, and new trial ordered.

Argued before GILDERSLEEVE, P. J., and SEABURY and GERARD, JJ.

Robert Lyon, for appellant.
James F. Higgins, for respondent.

PER CURIAM. The plaintiff sued to recover $116.67, which he deposited with the defendant under a lease which provided that this sum should be applied to the payment of the rent of the last month of the term, but that "the same to be forfeited upon failure to comply with any of the within covenants." The plaintiff was dispossessed, and the defendant leased the premises for the balance of the term at a loss to him of $16.66. Upon the facts proved the plaintiff was entitled to judgment for the sum of $100.01, and judgment for the defendant was improperly entered.

Judgment reversed, and new trial ordered, with costs to appellant to abide the event.